Donald Charles Schwartz, Esq. (SBN 122476)
Law Offices of Donald C. Schwartz
Creekside Center, 9057 Soquel Drive, Building B, Suite F,
Aptos, CA 95003
Mailing: 7960-B Soquel Drive, No. 291, Aptos, CA 95003
831-685-4700; Facsimile 831-685-0907
Email: triallaw@cruzio.com

Attorney for Plaintiff
Brian Thomas

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

| | | |
|---|---|---|
| BRIAN THOMAS, | ] | Case No. 3:06-CV-06776-EDL |
| | ] | |
|        Plaintiff, | ] | |
| | ] | |
|    vs. | ] | |
| | ] | |
| MICHAEL A. WEINER AKA MICHAEL | ] | Date: March 29, 2007 |
| SAVAGE and DOES 1 through 1,000, | ] | Time: 2:30 p.m. |
| inclusive. | ] | Courtroom: 3 – Hon. Phyllis J. Hamilton |
| _____ | ] | |

### REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

    Plaintiff Brian Thomas hereby respectfully requests another 90 days continuance of the

Case Management Conference set for March 29, 2007 in this matter.

    The case was filed to protect a statute of limitations and remains under evaluation.  The

case is a copyright infringement case.  Particularly, the Library of Congress did not respond to

a FOIA Request.  These events, beyond our control, have caused a significant delay in going

forward.

Created by Neevia Personal Converter trial version http://www.neevia.com

1

2

       Since the last Case Management Hearing, the Library of Congress has continued to fail

3

to produce the requested materials.  For that reason, more time is needed.

4

                                        Respectfully submitted

Date: March 27, 2007

5

                      _____

6

                         Donald Charles Schwartz

7

                           Attorney for Plaintiff

8

                             Brian Thomas

9

10



                        3/27/07

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Created by Neevia Personal Converter trial version http://www.neevia.com