UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN THOMAS,

    Plaintiff(s),

    v.

MICHAEL A. WEINER, aka MICHAEL SAVAGE,

    Defendant(s).

_____/

No. C 06-6776 PJH

**ORDER DISMISSING CASE**

The complaint in this matter was filed on November 1, 2006. The initial case management conference scheduled for February 8, 2007, was continued at plaintiff's request to March 29, 2007. The second request to continue the conference was denied and the conference was held on March 29, 2007. Counsel for plaintiff appeared and even though the time for service of the defendant had expired on March 1, 2007, the court extended the time by thirty days. At the further case management conference on May 3, 2007, plaintiff's counsel represented to the court that the defendant had finally been served that morning. Counsel was ordered to file the proof of service by May 4, 2007, and the conference was continued to May 31, 2007. No one appeared on May 31, 2007, no case management statement was filed, and as of that date, the proof of service of the complaint and summons on the defendant had still not been filed.

Accordingly, the complaint is dismissed for failure to serve defendant pursuant to Fed. R. Civ. Pro. 4(m).

**IT IS SO ORDERED.**

Dated: May 31, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge